# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DANIEL PARISI, *et al.*,         )
                           )
           Plaintiffs,       )
                           )
        v.             )   Civil Case No. 10-897 (RJL)
                           )
LAWRENCE W. SINCLAIR A/K/A  )
"LARRY SINCLAIR", *et al.*,    )
                           )
          Defendants.     )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this

31st day of March, 2011, hereby

**ORDERED** that the defendant Books-A-Million's Motion to Dismiss [#34] is **GRANTED**; and it is further

**ORDERED** that the defendant Barnes & Noble's Motion for Summary Judgment [#60] is **GRANTED**; and it is further

**ORDERED** that the defendant Amazon.com's Motion for Summary Judgment [#53] is **GRANTED**.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge